UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LONNIE BAKER,

    Plaintiff,

vs.

LNV CORPORATION,

    Defendant.
_____/

Civil Action No.
11-CV-14086

HON. MARK A. GOLDSMITH

**ORDER ACCEPTING THE RECOMMENDATION CONTAINED IN THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, OVERRULING PLAINTIFF'S OBJECTIONS, and GRANTING DEFENDANT'S MOTION TO DISMISS**

    This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Paul J. Komives, issued on June 25, 2013 (Dkt. 29). The Magistrate Judge recommends that Defendant's motion to dismiss (Dkt. 23) be granted. Plaintiff has filed objections to the R&R (Dkt. 30) and Defendant has filed a response (Dkt. 31). The Court reviews de novo those portions of the R&R to which an objection has been made. See Fed. R. Civ. P. 72(b).

    While Plaintiff has filed objections to the R&R, they are all conclusory, nonsensical, or incoherent. To the extent that the objections are comprehensible, they do not address the specific reasoning of the Magistrate Judge or the authorities on which the Magistrate Judge relies. Therefore, the objections are overruled. See Cowherd v. Million, 380 F.3d 909, 912 (6th Cir. 2004) ("Generally, the failure to file specific objections to a magistrate's report constitutes a waiver of those objections."); Miller v. Currie, 50 F.3d 373, 380 (6th Cir. 1995) ("[A] general objection to a magistrate's report, which fails to specify the issues of contention, does not satisfy the requirement that an objection be filed. The objections must

2

be clear enough to enable the district court to discern those issues that are dispositive and contentious.").

In any event, the Court has reviewed the R&R and believes that the Magistrate Judge properly concludes that Defendant's motion to dismiss should be granted based on Plaintiff's failure to make sufficient allegations of fact in support of his claims. Because the Court agrees with the Magistrate Judge that the allegations in the complaint do not contain sufficient facts in support of Plaintiff's various claims, the Court need not address the other specific legal conclusions reached by the Magistrate Judge.

Accordingly, Plaintiff's objections are overruled and Defendant's motion to dismiss (Dkt. 23) is granted.

SO ORDERED.

Dated: July 25, 2013　　　　　　　　　　　s/Mark A. Goldsmith
　　　　　Flint, Michigan　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 25, 2013.

　　　　　　　　　　　　　　　　　　　　　s/Deborah J. Goltz
　　　　　　　　　　　　　　　　　　　　　DEBORAH J. GOLTZ
　　　　　　　　　　　　　　　　　　　　　Case Manager