UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LONNIE BAKER,

    Plaintiff,                                    Civil Action No.
                                                11-CV-14086

vs.

                                                HON. MARK A. GOLDSMITH

LNV CORPORATION,

    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT

On July 25, 2013, the Court accepted the recommendation contained in the Report and Recommendation ("R&R") of Magistrate Judge Paul J. Komives, issued on June 25, 2013, which recommended that Defendant's motion to dismiss be granted and that the case be dismissed. On July 29, 2013, Plaintiff filed a motion for relief from judgment under Federal Rule of Civil Procedure 60(b). In the motion, Plaintiff expresses his disagreement with the Court's decision to dismiss the case and states that he "has a right to defend and fight for [his] Property and [he] is going to do just that." However, nothing that Plaintiff writes in his motion convinces the Court that its decision to dismiss the case was erroneous. Having considered Plaintiff's motion, the Court concludes that Plaintiff is not entitled to relief under Rule 60(b). Accordingly, the motion (Dkt. 34) is denied.

If Plaintiff believes that the Court erred in its handling of this case, the proper recourse is appeal the Court's judgment to the United States Court of Appeals for the Sixth Circuit.

    SO ORDERED.

Dated: August 1, 2013                                s/Mark A. Goldsmith
      Flint, Michigan                              MARK A. GOLDSMITH
                                                United States District Judge

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 1, 2013.

               s/Deborah J. Goltz
               DEBORAH J. GOLTZ
               Case Manager